443 A.2d 387

Feiertag, Appellant v. Rockwood Insurance, Co., et al.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued May 13, 1981. John E. Roberts, for appellant; Conrad G. Lipsin, for Rockwood, appellee; Frank A. Baker, III, for Daily Express, appellee; Thomas I. Vanaskie, for Pennsylvania Assigned Claims Plan, appellee.

Before SPAETH, MONTEMURO and VAN der VOORT, JJ.

The order of the lower court is affirmed.

443 A.2d 387

Forte, Appellant v. DiBenedetto and Tuono.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

Argued September 10, 1980. Joseph P. Briglia, for appellant; Joseph R. Livesey, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed on the comprehensive opinion of Judge Takiff.